UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEMBROKE PINES FIREFIGHTERS & POLICE
OFFICERS PENSION FUND, et al,
                         Plaintiff(s)

          23 civ 9260 (JGK)

      -against-

ADOBE, INC., et al.,
                         Defendant(s).
------------------------------------------------------------X

## ORDER

A motion to appoint lead plaintiff currently pending,

The January 25, 2024 conference is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 16, 2024