```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PEMBROKE PINES FIREFIGHTERS & POLICE
OFFICERS PENSION FUND, ET AL.,                23-cv-9260 (JGK)

     Plaintiffs,                ORDER

  - against -

ADOBE, INC., ET AL.

     Defendants.

JOHN G. KOELTL, District Judge:

  The parties are directed to appear for a telephone conference on **January 25, 2024**, at **4:00 p.m.**

  Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated: New York, New York
    January 17, 2024

              _____
                John G. Koeltl
              United States District Judge