```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PEMBROKE PINES FIREFIGHTERS & POLICE
OFFICERS PENSION FUND, ET AL.,                23-cv-9260 (JGK)

                Plaintiffs,              ORDER

   - against -

ADOBE, INC., ET AL.

                Defendants.

JOHN G. KOELTL, District Judge:

    The deadline for the plaintiffs to file an Amended Complaint is **February 23, 2024.** The parties are directed to file a proposed schedule for subsequent responses and any motions by **January 31, 2024.**

SO ORDERED.

Dated:    New York, New York
            January 25, 2024

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                   United States District Judge