```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND, ET AL.,**

        Plaintiffs,

    - against -

**ADOBE, INC., ET AL.**

        Defendants.

23-cv-9260 (JGK)

<u>ORDER</u>

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 57.

**SO ORDERED.**

Dated:    New York, New York
            May 24, 2024

                                 /s/ John G. Koeltl
                                     John G. Koeltl
                           United States District Judge