UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

PEMBROKE PINES FIREFIGHTERS &
POLICE OFFICERS PENSION FUND, ET
AL.,

        Plaintiffs,

- against -

ADOBE, INC., ET AL.,

        Defendants.

-----------------------------------

23-cv-9260 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument in connection with the defendants' motion to dismiss, on **March 12, 2025**, at **11:00 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated:    New York, New York
          February 19, 2025

                                        John G. Koeltl
                                 United States District Judge