UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ADOBE INC. SECURITIES
LITIGATION

23-cv-9260 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

By **October 16, 2025,** the plaintiffs are directed to specify, without argument, the three best statements for each of the categories of misstatements or omissions. The plaintiffs should specify these statements by reference to the paragraph numbers in the Proposed Second Amended Complaint.

SO ORDERED.

Dated:   New York, New York
         October 13, 2025

_____
John G. Koeltl
United States District Judge