**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In Re: ADOBE INC. SECURITIES LITIGATION

23 **CIVIL** 9260 (JGK)

**JUDGMENT**

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 7, 2025, the Court has considered all of the arguments of the parties. To the extent not specifically addressed, the arguments are moot or without merit. For the foregoing reasons, the plaintiffs' motion for leave to file an amended complaint is denied, and the action is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
         November 10, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**

*K. Mango*
_____
**Deputy Clerk**